# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Bloom, Beth F. | United States District Court, Southern District of Florida | 05/13/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge, active status | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2015<br>to<br>12/31/2015 |

**7. Chambers or Office Address**

United States District Court
Southern District of Florida
299 East Broward Boulevard, Room 207
Ft. Lauderdale, FL 33301

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Secretary | Children's Craniofacial Association, Miami Children's Hospital |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 01/20/1995 | State of Florida, Division of Retirement Pension Plan, payable upon retirement |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 05/13/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Distribution from Koniver Stern Group |
| 2. | 2015 | Distribution from The Stern Organization |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center | 02/22/2015-02/27/2015 | Washington, DC | FJC educational seminar | $1,447.00 |
| 2. | State of Florida | 07/15/2015-07/16/2015 | Orlando, FL | Non-FJC educational seminar | $233.00 |
| 3. | U.S. Sentencing Commission | 09/15/2015-09/18/2015 | New Orleans, LA | FJC educational seminar | $842.00 |
| 4. | Court | 10/01/2015 | West Palm Beach, FL | Court governance or administrative/managerial meetings | $52.00 |
| 5. | Judicial Conference of the United States | 06/01/2015 | Miami, FL | Preparation of FDR | $1,000.00 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Sabadell United Bank | Mortgage, Investment Property #1, Miami Beach, Florida (Part VII, Line 1) | N |
| 2. | Bank United | Mortgage, Investment Property #2, Miami Beach, Florida (Part VII, Line 2) | N |
| 3. | City National Bank | Mortgage, Investment Property #3, Miami Beach, Florida (Part VII, Line 3) | P1 |
| 4. | City National Bank | Mortgage, Investment Property #5, Miami Beach, Florida (Part VII, Line 5) | O |
| 5. | City National Bank | Mortgage, Investment Property #6, Miami Beach, Florida (Part VII, Line 6) | N |
| 6. | Sabadell United Bank | Mortgage, Investment Property #7 Miami Beach, Florida (Part VII, Line 7) | P1 |
| 7. | Sabadell United Bank | Mortgage, Investment Property #8, Miami Beach, Florida (Part VII, Line 8) | M |
| 8. | City National Bank | Mortgage, Investment Property #9, Miami Beach, Florida (Part VII, Line 9) | N |
| 9. | Sabadell United Bank | Mortgage, Investment Property #4, Miami Beach, Florida (Part VII, Line 4) | M |
| 10. | Mercantile Bank | Mortgage, Miami Beach, LLC (Part VII, Line 10) | P1 |
| 11. | EB5 + REG | Mortgage, Palm Beach, LLC (Part VII, Line 11) | O |
| 12. | Gibraltar Bank | Mortgage, Joe Acquisitions (Part VII, Line 12) | O |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Investment Property #1, Miami Beach, Florida | D | Rent | O | W | | | | | |
| 2. Investment Property #2, Miami Beach, Florida | D | Rent | O | W | | | | | |
| 3. Investment Property #3, Miami Beach, Florida | G | Rent | P2 | W | | | | | |
| 4. Investment Property #4, Miami Beach, Florida | | None | N | W | | | | | |
| 5. Investment Property #5, Miami Beach, Florida | | None | P1 | W | | | | | |
| 6. Investment Property #6, Miami Beach, Florida | D | Rent | O | W | | | | | |
| 7. Investment Property #7, Miami Beach, Florida | F | Rent | P1 | W | | | | | |
| 8. Investment Property #8, Miami Beach, Florida | E | Rent | N | W | | | | | |
| 9. Investment Property #9, Miami Beach, Florida | E | Rent | O | W | | | | | |
| 10. Miami Beach, LLC | | None | P1 | W | | | | | |
| 11. Palm Beach, LLC | C | Rent | P1 | W | | | | | |
| 12. Joe Acquisitions, LLC (X) | | None | P1 | W | | | | | |
| 13. The Koniver Stern Group, Inc (X) | G | Distribution | P1 | W | | | | | |
| 14. LMNR Axis Properties, LLC (X) | | None | J | W | | | | | |
| 15. American Funds Europacific Growth Fund | A | Dividend | K | T | | | | | |
| 16. Invesco Mid Cap Growth Fund | B | Dividend | K | T | | | | | |
| 17. MFS Mass Investors Growth Stock Fund | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Bloom, Beth F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Total Stock Market Fund | D | Dividend | M | T | | | | | |
| 19. Fixed Interest Option (X) | A | Interest | L | T | | | | | |
| 20. Wells Fargo Adv. Opportunity Fund | | | | | Sold | 01/01/15 | J | A | |
| 21. Citibank, Cash Account | A | Interest | K | T | | | | | |
| 22. Citibank, Cash Account (X) | A | Interest | J | T | | | | | |
| 23. Citibank, Cash Account (X) | A | Interest | M | T | | | | | |
| 24. Coconut Grove Bank, Cash Account (Y) | | | | | | | | | |
| 25. Gibraltor Bank, Cash Account | A | Interest | L | T | | | | | |
| 26. Marquis Bank, Cash Account | A | Interest | J | T | | | | | |
| 27. Marquis Bank, Cash Account (X) | A | Interest | J | T | | | | | |
| 28. Marquis Bank, Cash Account (X) | A | Interest | K | T | | | | | |
| 29. Marquis Bank, Cash Account (X) | B | Interest | N | T | | | | | |
| 30. Marquis Bank, Cash Account (X) | A | Interest | N | T | | | | | |
| 31. Marquis Bank, Cash Account (X) | A | Interest | M | T | | | | | |
| 32. Marquis Bank, Cash Account (X) | A | Interest | N | T | | | | | |
| 33. Professional Bank, Cash Account | A | Interest | M | T | | | | | |
| 34. Professional Bank, Cash Account (X) | B | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Professional Bank, Cash Account (X) | A | Interest | L | T | | | | | |
| 36. Professional Bank, Cash Account (X) | B | Interest | M | T | | | | | |
| 37. Professional Bank, Cash Account (X) | B | Interest | N | T | | | | | |
| 38. Professional Bank, Cash Account (X) | B | Interest | N | T | | | | | |
| 39. Wells Fargo Bank, Cash Account | A | Interest | K | T | | | | | |
| 40. Wells Fargo Bank, Cash Account (X) | A | Interest | N | T | | | | | |
| 41. Wells Fargo Bank, Cash Account (X) | A | Interest | M | T | | | | | |
| 42. Wells Fargo Bank, Cash Account (X) | A | Interest | K | T | | | | | |
| 43. Bank United, Cash Account | A | Interest | J | T | | | | | |
| 44. Bank United, Cash Account (X) | B | Interest | M | T | | | | | |
| 45. Bank United, Cash Account (X) | A | Interest | N | T | | | | | |
| 46. Bank United, Cash Account (X) | B | Interest | M | T | | | | | |
| 47. Sabadell Bank, Cash Account | A | Interest | M | T | | | | | |
| 48. Sabadell Bank, Cash Account (X) | A | Interest | N | T | | | | | |
| 49. Sabadell Bank, Cash Account (X) | A | Interest | M | T | | | | | |
| 50. Sabadell Bank, Cash Account (X) | A | Interest | M | T | | | | | |
| 51. Sabadell Bank, Cash Account (X) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sabadell Bank, Cash Account (X) | A | Interest | K | T | | | | | |
| 53. Sabadell Bank, Cash Account (X) | A | Interest | O | T | | | | | |
| 54. Sabadell Bank, Cash Account (X) | A | Interest | K | T | | | | | |
| 55. Sabadell Bank, Cash Account (X) | B | Interest | M | T | | | | | |
| 56. City National, Cash Account | A | Interest | M | T | | | | | |
| 57. BB&T, Cash Account | A | Interest | M | T | | | | | |
| 58. C1 Bank, Cash Account (X) | A | Interest | N | T | | | | | |
| 59. C1 Bank, Cash Account (X) | A | Interest | N | T | | | | | |
| 60. The Bancorp Bank, Cash Account (X) | A | Interest | N | T | | | | | |
| 61. TD Bank, Cash Account (X) | A | Interest | M | T | | | | | |
| 62. Tax-Managed Large Cap Fund | A | Dividend | M | T | Buy | 01/01/15 | L | | |
| 63. | | | | | Sold (part) | 07/06/15 | J | B | |
| 64. Tax-Managed Small/Mid Cap Fd | A | Dividend | K | T | Buy | 01/01/15 | K | | |
| 65. International Equity Fund | A | Dividend | K | T | Buy | 01/01/15 | K | | |
| 66. Emerging Mkts Equity Fund | A | Dividend | J | T | Buy | 01/01/15 | K | | |
| 67. Intermediate-Term Muni Fund | A | Dividend | M | T | Buy | 01/01/15 | M | | |
| 68. High Yield Bond Fund | C | Dividend | K | T | Buy | 01/01/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 05/13/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Intl Fixed Income Fund | C | Dividend | L | T | Buy | 01/01/15 | L | | |
| 70. Emerging Mkts Debt Fund | A | Dividend | K | T | Buy | 01/01/15 | L | | |
| 71. Multi-Strategy Alt Fund | B | Dividend | L | T | Buy | 01/01/15 | L | | |
| 72. Government Fund - Caa (X) | A | Dividend | N | T | Buy | 01/01/15 | N | | |
| 73. Tax Free Fund (X) | A | Dividend | J | T | Buy | 01/01/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bloom, Beth F. | 05/13/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. Non-Investment Income
A. Filer's Non-Investment Income
 Line 1 and line 2 from 2014 report do not apply in 2015. No W-2s recieved.

VI. Liabilities
 Line 12, New Mortgage in 2015

VII. Investments anf Trusts
 Line 12, Accidentally omitted in 2014
 Line 13, Accidentally omitted in 2014
 Line 14, Accidentally omitted in 2014
 Line 19, New in 2015
 Line 21-23, Breakdown of prior year line item 17
 Line 25, Closed in 2015
 Line 26-32, Breakdown of prior year line item 21
 Line 33-38, Breakdown of prior year line item 22
 Line 39-42, Breakdown of prior year line item 23
 Line 43-46, Breakdown or prior year line item 24
 Line 47-49, Breakdown of prior year line item 25
 Line 50-55, Breakdown of prior year line item 20, JGB Bank was acquired by Sabadell Bank
 Line 58-61, New bank accounts in 2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Beth F. Bloom**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544